

**Attorneys At Law**

# GEORGE W. WRIGHT & ASSOCIATES, LLC

George W. Wright*
Narinder S. Parmar*

Lisa Waxman Davis^†
Kevin Foley*†

April 20, 2011

**VIA ECF AND REGULAR MAIL**

Hon. Joanna Seybert, U.S.D.J.
United States District Court
Alfonse M. D'Amato U.S. Courthouse
100 Federal Plaza, Room 1034
Central Islip, NY 11722-4449

> Re: <u>Lee Mathis v. Liberty Moving Co. & United Van Lines, LLC
> Civil Action No. 08 CV 1163 (JS)(ETB)</u>

Dear Judge Seybert:

Plaintiff's counsel's letter of April 19, 2011 overlooks that the Stipulation and Order of Discontinuance With Prejudice (Doc.88) provides, "… the Court shall retain jurisdiction over this action for the purpose of enforcing the terms of the settlement…."

Therefore, Liberty has no obligation whatever to pursue a "separate action" to recover liquidated damages for plaintiff's documented, and falsely denied, breach of confidentiality over which the Court retains jurisdiction.

Respectfully submitted,

George W. Wright

GWW:ds

cc:  Domingo R. Gallardo, Esq. (Via E-Mail - dgallardo@cgpllp.com)

New Jersey
505 Main Street
Hackensack, NJ 07601
T 201.342.8884
F 201.343.8869

New York
Wall Street Plaza
88 Pine Street, 7th Floor
New York, NY 10005

www.wright-associate.com

†Of Counsel
*Member NJ & NY Bars
^Member NY Bar