DATE:   5/18/2011          AT: 10:00

BEFORE JUDGE JOANNA SEYBERT:

<u>CIVIL CAUSE FOR HEARING</u>

DOCKET NUMBER:   08-1163

TITLE:  MATHIS -V- LIBERTY MOVING CO., ET AL.

APPEARANCES:

FOR PLAINTIFF(S):   DOMINGO GALLARDO

FOR DEFENDANT(S):   GEORGE WRIGHT

REPORTER: S. PICOZZI, O. WICKER

 X    CASE CALLED.

 X    COUNSEL FOR ALL SIDES PRESENT.

 ___  COUNSEL FOR _____ NOT PRESENT.

 X    HEARING HELD; WITNESS(ES) CALLED.

 ___  CONFERENCE HELD.

 ___  PARTIES TO COMPLETE_____
      BY THE NEXT CONFERENCE OR BY_____

 ___  CASE ADJOURNED TO  /  /2011 AT   :   M FOR_____

 X    OTHER POST HEARING SUBMISSIONS DUE 5/25/2011; DECISION RESERVED.
          COURT GRANTS PLAINTIFF'S APPLICATION FOR THE RELEASE OF $20,000 OF THE SETTLEMENT FUNDS DEPOSITED WITH THE CLERK OF COURT.  ORDER TO BE ISSUED.